IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN ALESIUS, *et al.*<br><br>*Individually and on Behalf of All Similarly Situated Employees*<br><br>Plaintiffs,<br><br>v.<br><br>**PITTSBURGH LOGISTICS SYSTEMS, INC. d/b/a PLS LOGISTICS SERVICES**<br><br>Defendant. | Civil Action No. 2:20-cv-01067-MJH |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule of Civil Procedure 7, the Parties hereby stipulate to the voluntary dismissal, with prejudice, of Plaintiffs Christian Alesius, Nick Cusolito and Matt Dickson's claims, who are all subject to binding arbitration.

Respectfully submitted,

/s/ *Benjamin L. Davis, III*
Benjamin L. Davis, III, Esq. (29774)
bdavis@nicholllaw.com
Kelly A. Burgy, Esq. (20758)
kaburgy@nicholllaw.com
Scott E. Nevin, Esq. (22478)
snevin@nicholllaw.com
The Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, Maryland 21201
Phone: (410) 244-7005
Fax:    (410) 244-8454

/s/ *Shelly R. Pagac*
Shelly R. Pagac, Esq.
sak@pietragallo.com
Anthony S. Caliguire, Esq.
asc@pietragallo.com
Pietragallo Gordon Alfano
Bosick & Raspanti, LLP
One Oxford Center, 38th Floor
Pittsburgh, PA 15219
Phone: (412) 263-2000
Fax:    (412) 263-2001

*Attorneys for Defendant*

/s/ *Kenneth J. Hardin, III*
Kenneth J. Hardin, II, Esq.
*kenhardin@hardinlawpc.net*
Emilia Rinaldi, Esq.
*emiliarinaldi@hardinlawpc.net*
Hardin Thompson, PC
The Frick Building
437 Grant Street, Suite 620
Pittsburgh, PA 15219
Phone:  (412) 315-7195
Fax:      (412) 315-7356

*Attorneys for Plaintiffs*


**IT IS SO ORDERED this 16th day of June 2022, by stipulation and agreement of the parties, that Plaintiffs Christian Alesius, Nick Cusolito, and Matt Dickson are hereby dismissed from the case with prejudice.**


/s/ *Marilyn J. Horan*
Marilyn J. Horan
United States District Judge