IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTIAN ALESIUS,** *et al.*<br><br>*Individually and on Behalf of All Similarly Situated Employees*<br><br>       Plaintiffs,<br><br>v.<br><br>**PITTSBURGH LOGISTICS SYSTEMS, INC. d/b/a PLS LOGISTICS SERVICES**<br><br>        Defendant. | Civil Action No. 2:20-cv-01067-MJH |

## JOINT MOTION FOR SETTLEMENT APPROVAL

Plaintiffs and Defendant (collectively, "the Parties") respectfully request that this Honorable Court approve a settlement the Parties have reached regarding Plaintiffs' claims under the Fair Labor Standards Act, 29 U.S.C. 201, *et seq.* (hereinafter, "FLSA"), the Pennsylvania Minimum Wage Act ("PMWA") and the Pennsylvania Wage Payment Collection Law ("PWPCL"). Court approval of this settlement is necessary because claims under the FLSA, like those released by Plaintiffs in the attached Settlement Agreement, may not be waived or released without U.S. Department of Labor or Court approval.

Respectfully submitted,

/s/ *Benjamin L. Davis, III*           /s/ *Shelly R. Pagac*
Benjamin L. Davis, III, Esq. (29774)       Shelly R. Pagac, Esq.
*bdavis@nichollaw.com*               *sak@pietragallo.com*
Scott E. Nevin, Esq. (22478)            Anthony S. Caliguire, Esq.
*snevin@nichollaw.com*               *asc@pietragallo.com*
The Law Offices of Peter T. Nicholl       Pietragallo Gordon Alfano

36 South Charles Street, Suite 1700  
Baltimore, Maryland 21201  
Phone: (410) 244-7005  
Fax:    (410) 244-8454  

/s/ *Kenneth J. Hardin, III*  
Kenneth J. Hardin, II, Esq.  
*kenhardin@hardinlawpc.net*  
Emilia Rinaldi, Esq.  
*emiliarinaldi@hardinlawpc.net*  
Hardin Thompson, PC  
The Frick Building  
437 Grant Street, Suite 620  
Pittsburgh, PA 15219  
Phone:  (412) 315-7195  
Fax:    (412) 315-7356  

*Attorneys for Plaintiffs*

Bosick & Raspanti, LLP  
One Oxford Center, 38th Floor  
Pittsburgh, PA 15219  
Phone: (412) 263-2000  
Fax:    (412) 263-2001  

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this ___15th___ day of August 2022, a copy of the Parties' Joint Motion for Settlement Approval, memorandum in support thereof and proposed order were filed via this electronic system and served on:

Shelly R. Pagac, Esq.
*sak@pietragallo.com*
Anthony S. Caliguire, Esq.
*asc@pietragallo.com*
Pietragallo Gordon Alfano
Bosick & Raspanti, LLP
One Oxford Center, 38th Floor
Pittsburgh, PA 15219
Phone: (412) 263-2000
Fax:    (412) 263-2001

*Attorneys for Defendant*

                                                */s/ Benjamin L. Davis, III*
                                                Benjamin L. Davis, III