IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**CHRISTIAN ALESIUS,** *et al.*

*Individually and on Behalf of All Similarly Situated Employees*

    Plaintiffs,

v.

**PITTSBURGH LOGISTICS SYSTEMS, INC. d/b/a PLS LOGISTICS SERVICES**

    Defendant.

Civil Action No. 2:20-cv-01067-MJH

### ORDER GRANTING THE PARTIES' JOINT MOTION FOR SETTLEMENT APPROVAL

Upon consideration of Plaintiffs and Defendant's (hereinafter, "the Parties") Joint Motion for Settlement Approval, the Court hereby **GRANTS** the Motion and approves the settlement between the Parties based on the following findings:

1. The Settlement Agreement represents a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act ("FLSA") in accordance with the factors cited in similar actions before district courts in this Circuit. *Girsch v. Jepson,* 521 F.2d 153, 157 (3d Cir. 1975); *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982);

2. The Court finds that the settlement was the product of arms' length negotiations between Counsel for the Parties, who are experienced in the field of FLSA litigation; and

3. The attorneys' fees and costs to be paid under the Settlement Agreement were separately stated and Counsel have provided sufficient information to permit the Court to conclude that the fees and costs represent payments for amounts actually incurred at a reasonable

hourly rate.

It is therefore **ORDERED** that the Parties' Settlement Agreement is **APPROVED** and this action and Plaintiffs' claims are dismissed **WITH PREJUDICE**, except the Court expressly retains jurisdiction to enforce the Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 114 S. Ct. 1673, 511 U.S. 375 (1994).

SIGNED THIS 19TH DAY OF AUGUST, 2022

_____
The Honorable Judge Marilyn J. Horan